# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**STATE OF FLORIDA,**

    **Plaintiff,**

**v.**                                                    **Case No. 4:20-cv-45-AW-MAF**

**ARIES OBA EL,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's March 13, 2020 Report and Recommendation. ECF No. 4. No objections have been filed. I have determined the Report and Recommendation should be adopted. This case is DISMISSED, and the clerk will close the file.

SO ORDERED on April 23, 2020.

                                                  s/ *Allen Winsor*
                                                United States District Judge